1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LUCERO MIRAMONTES

Plaintiff(s),

v.

SUSAN N LEUNG, DDS , et al.

Defendant(s).

CASE NO:
2:12−cv−01367−MMM−E

ORDER DISMISSING CIVIL
ACTION

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: December 13, 2012

_____
Margaret M. Morrow
United States District Judge

−1−