1
2
3
4
5
6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCERO MIRAMONTES<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>SUSAN N LEUNG, DDS , et al.<br><br><br><br>　　　　　Defendant(s). | CASE NO:<br>2:12−cv−01367−MMM−E<br><br><br>ORDER DISMISSING CIVIL ACTION |

　　THE COURT having been advised by counsel that the above−entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　**IT IS SO ORDERED.**

DATED: December 13, 2012

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge